AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

U.S. MARSHAL-DC AM10:0
RECEIVED AUG 21 '19

for the

District of Columbia

United States of America
v.
JACOB COOPER
a/k/a Jonathan Cooper

*Defendant*

)
)
)
)
)
)

Case: 19-mj-216
Assigned To: Judge Deborah A. Robinson
Assign. Date: 8/20/2019
Description: Complaint w/Arrest Warrant

**FILED**

OCT 17 2019

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     JACOB COOPER, a/k/a Jonathan Cooper                              ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment        ❏ Superseding Indictment        ❏ Information        ❏ Superseding Information        ☑ Complaint

❏ Probation Violation Petition        ❏ Supervised Release Violation Petition        ❏ Violation Notice        ❏ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 875(c) (Threats Statute).

Date:   08/20/2019                                         _____
                                                                                    *Issuing officer's signature*

City and state:    WASHINGTON, D.C.                      DEBORAH A. ROBINSON, Magistrate Judge
                                                                                    *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 10/17/19 , and the person was arrested on *(date)* 10/17/19 at *(city and state)* Washington D.C. . |
| Date: 10/17/19                              _____ *Arresting officer's signature* Andre Thomas   DUSM *Printed name and title* |